LYNN HUBBARD, III, SBN 69773
SCOTTLYNN J HUBBARD IV, SBN 212970
DISABLED ADVOCACY GROUP, APLC
12 WILLIAMSBURG LANE
CHICO, CA 95926
Telephone:  (530) 895-3252
Fax:  (530) 894-8244

Attorneys for Plaintiff

SHANE SINGH, SBN 202733
KRING & CHUNG, LLP
2151 River Plaza Drive, Suite 310
Sacramento, CA 95833
Telephone: (916) 564-7000
Fax: (916) 564-6000

Attorney for Defendants

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES SANFORD,<br><br>　　　Plaintiff,<br><br>v.<br><br>OPTIMAX MANAGEMENT CORP. dba ARBY'S #5960; THOMAS HSU, TRUSTEE of the HSU FAMILY TRUST; JI EUN HSU, TRUSTEE of the HSU FAMILY TRUST,<br><br>　　　Defendant.<br>_____/ | Case No. CIV. S-06-01606-FCD-EFB<br><br>**STIPULATION OF DISMISSAL AND ORDER THEREON** |

TO THE COURT AND ALL PARTIES:

Pursuant to a Settlement Agreement and Release between plaintiff, JAMES SANFORD, and defendants, OPTIMAX MANAGEMENT CORP. dba ARBY'S #5960; THOMAS HSU, TRUSTEE of the HSU FAMILY TRUST; JI EUN HSU, TRUSTEE of the HSU FAMILY TRUST, and pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the parties hereby request that all parties be dismissed with prejudice from the above-entitled action.

Dated: February 27, 2007         DISABLED ADVOCACY GROUP, APLC


 /s/ Lynn Hubbard, III
LYNN HUBBARD, III
Attorney for Plaintiff

Dated: February 27, 2007         KRING & CHUNG, LLP


 /s/ Shane Singh
SHANE SINGH
Attorney for Defendants

## **ORDER**

IT IS HEREBY ORDERED that the complaint of plaintiff, USDC Case No. CIV.S-06-01606-FCD-EFB, is hereby dismissed with prejudice.

Dated: February 27, 2007

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE